```
Mark D. Watson, WSBA No. 14693
MEYER, FLUEGGE & TENNEY, P.S.
230 S. 2nd Street
P.O. Box 22680
Yakima, WA 98907-22680
Phone: 509/575-8500
Fax: 509/575-4676
Email: watson@mftlaw.com
Attorneys for Defendants
```

Honorable Edward F. Shea

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| MARY HARRELL and PAUL HARRELL, wife and husband, | ) ) ) | NO. CV-09-3067-EFS |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER OF DISMISSAL WITH PREJUDICE** |
| DALE BOUCHEY and JANE DOE BOUCHEY, husband and wife, | ) ) ) ) | |
| Defendants. | ) ) | |

Based upon the Stipulated Motion for Order of Dismissal With Prejudice dated May 27, 2011 (Ct. Rec. 38), IT IS HEREBY

ORDERED that Plaintiffs' claims against Defendants Dale Bouchey and Mary Bouchey, husband and wife, are all hereby dismissed with prejudice and without an award of attorney's fees or costs to either party. And the file CLOSED.

ORDER OF DISMISSAL WITH PREJUDICE - 1

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

DATED THIS __31st__ day of May, 2011.

_s/ Edward F. Shea_
The Honorable Edward F. Shea, Judge

Presented by:

By:   s/Mark D. Watson
      Mark D. Watson, WSBA No. 14693
      Attorney for Defendants
      Meyer, Fluegge & Tenney, P.S.
      230 S. 2nd Street
      P.O. Box 22680
      Yakima, WA 98907-2680
      Telephone: 509-575-8500
      Fax: 509-575-4676
      Email: watson@mftlaw.com

By:   s/Quinn H. Posner
      Quinn H. Posner, WSBA No. 31463
      Attorneys for Defendants
      Posner Law Office, P.C.
      P.O. Box 2249
      Portland, OR 97208
      Telephone: 503-451-3161
      Fax: 888-715-3287
      Email: quinn@posnerlawoffice.com

By:   s/Bryan G. Smith
      Bryan G. Smith, WSBA No. 29382
      Attorneys for Plaintiffs

ORDER OF DISMISSAL WITH PREJUDICE - 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34

Tamaki Law Offices
1340 N. 16th Ave., Ste. C
Yakima, WA 98902
Telephone: 509-248-8338
Fax: 509-452-4228
Email: bsmith@tamakilaw.com

ORDER OF DISMISSAL WITH PREJUDICE - 3

LAW OFFICES OF
**MEYER, FLUEGGE & TENNEY, P.S.**
230 South Second Street • P.O. Box 22680
Yakima, Washington 98907-2680
Telephone (509) 575-8500